IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RITA J. GARCIA,

    Plaintiff,

v.     No. CIV 04-827 WJ/DJS

LUNA COMMUNITY COLLEGE, et al.,

    Defendants.

**MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS**

THIS MATTER comes before the Court pursuant to Plaintiff's Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule on this Motion and All Public Officers of this Court to Uphold Such Rights [Docket No. 24]. This motion is remarkably similar in substance to Plaintiff's Motion to Demand This Court Read All Pleadings . . . [Docket No. 65] which this Court denied as moot by Order filed February 1, 2005. For the same reasons set forth in that Order, Plaintiff's motion is denied as moot.

**CONCLUSION**

IT IS THEREFORE ORDERED that Plaintiff's Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule on this Motion and All Public Officers of this Court to Uphold Such Rights [Docket No. 24] is hereby DENIED AS MOOT.

_____
UNITED STATES DISTRICT JUDGE